UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES - GENERAL

| Case No. | 5:19-00804-RGK | Date | OCT 08 2019 |
|---|---|---|---|
| Title | *IN re PME MORTGAGE FUND, INC.* | | |

Present: The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams (Not Present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:     Attorneys Present for Defendant:

Not Present                          Not Present

**Proceedings:**     **(IN CHAMBERS) Order re Dismissal**

Appellant Terry Mathis filed a notice of appeal in this matter on April 29, 2019. On August 23, the Court granted Appellant's motion to consolidate and set the opening brief deadline for September 27, 2019. Mathis did not timely file his opening brief. Accordingly, the Court **DISMISSES** this appeal for lack of prosecution.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer